| | |
|---|---|
| DEFENDANT: | JONATHAN GULLETTE |
| AGE/YOB: | 24/1997 |
| COMPLAINT FILED? | _____ Yes   __X__ No<br>If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   _X__ No<br>If No, a new warrant is required |
| OFFENSE(S): | **Counts 1,4,6,7,8,9,11,12,13,14** 18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Counts 3**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| LOCATION OF OFFENSES: | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| PENALTY: | **Counts 1,4,6,7,8,9,11,12,13,14**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Count 3**: NLT 7 years imprisonment to run consecutive to any other sentence; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | Michael Kim<br>Task Force Officer, FBI |
| AUTHORIZED BY: | Brian Dunn<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_x_ five days or less; ___ over five days

THE GOVERNMENT

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.