**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JEROME BRAVO
2.  JONATHAN GULLETTE

      Defendants.

---

**SUPERSEDING INDICTMENT**

---

The Grand Jury charges:

## <u>COUNT 1</u>

Beginning on or about January 5, 2021, and continuing until on or about March 31, 2021, in the District of Colorado, the defendants JEROME BRAVO and JONATHAN GULLETTE, did knowingly combine, conspire, confederate, and agree with each other and with persons known and unknown to the Grand Jury, to commit offenses against the United States, to wit: Bank Robbery; in violation of Title 18, United States Code, Section 2113(a), 2113(d), and 2.

### Purpose of the Conspiracy

The purpose of the conspiracy was for the conspirators to enrich themselves by obtaining stolen vehicles to conceal their identity, and to rob one or more FDIC-insured financial institutions.

### Manner and Means of the Conspiracy

During all times relevant to the Superseding Indictment, it was part of the

conspiracy that:

1.      The defendants, JEROME BRAVO and JONATHAN GULLETTE, planned and conspired to use stolen vehicles for the purpose of concealing their identity and robbing one or more banks.

2.      The defendants, JEROME BRAVO and JONATHAN GULLETTE, planned to rob one or more banks and robbed one or more banks for the purpose of enriching themselves.

3.      JEROME BRAVO and JONATHAN GULLETTE, used stolen vehicles as a mode of transportation in order to commit and flee from one or more bank robberies.

**Overt Acts**

In furtherance of the conspiracy and to accomplish unlawful objects therefor, the defendants, JEROME BRAVO and JONATHAN GULLETTE, committed the following overt acts, among others, in the District of Colorado.

1.  On or about January 5, 2021, a vehicle, specifically a black Nissan Xterra, was stolen.

2.  On or about January 6, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the KeyBank located at 10502 East Arizona Place, Aurora, Colorado, an FDIC-insured financial institution, in the stolen black Xterra, entered the KeyBank, and robbed the bank of approximately $30,536 by brandishing firearms at the employees. After robbing the KeyBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen black Xterra together.

3.  On or about February 4, 2021, a vehicle, specifically a grey Toyota Highlander, was stolen.

4.  On or about February 4, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the BBVA Compass located at 800 North Broadway, Denver, Colorado, an FDIC-insured financial institution in the stolen grey Highlander, entered the bank, and robbed the bank of approximately $7,605 by brandishing firearms at the employees. After robbing the BBVA Compass, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen grey Highlander together.

5.  On or about February 8, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the KeyBank located at 12101 East Dartmouth Ave., Aurora, Colorado, an FDIC-insured financial institution, in the stolen grey Highlander, entered the KeyBank, and robbed the bank of approximately $210 by brandishing firearms at the employees. After robbing the KeyBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen grey Highlander together.

6.  On or about February 8, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the KeyBank located at 16796 East Smoky Hill Road, Centennial, Colorado, an FDIC-insured financial institution, in the stolen grey Highlander, entered the KeyBank, and robbed the bank of approximately $6,346 by brandishing firearms at the employees. After robbing the KeyBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen grey Highlander together.

7.  On or about February 9, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the BBVA Compass located at 8101 East Belleview, Denver, Colorado, an FDIC-insured financial institution, in the stolen grey Highlander, entered the BBVA Compass, and robbed the bank of approximately $14,949 by brandishing firearms at the employees. After robbing the BBVA Compass, JEROME BRAVO

and JONATHAN GULLETTE fled the scene on foot and entered the stolen grey Highlander together.

8. On or about February 18, 2021, a vehicle, specifically a black Nissan Juke, was stolen by carjacking.

9. On or about February 18, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the FirstBank located at 1316 East Evans Ave, Denver, CO, an FDIC-insured financial institution, in the stolen Nissan Juke, entered the bank and robbed the bank of approximately $17,992 by brandishing firearms at the employees. After robbing the FirstBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen Nissan Juke together.

10. On or about March 1, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the KeyBank located at 6405 East Hampden Avenue, Denver, Colorado an FDIC-insured financial institution, in the stolen black Nissan Juke, entered the KeyBank, and robbed the bank of approximately $10,973 by brandishing firearms at the employees. After robbing the KeyBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen black Nissan Juke together.

11. On or about March 17, 2021, a vehicle, specifically a silver Isuzu Trooper, was stolen by carjacking.

12. On or about March 17, 2021, JEROME BRAVO and JONATHAN GULLETTE arrived at the FirstBank located at 8901 East Hampden Avenue, Denver, Colorado, an FDIC-insured financial institution, in the stolen silver Trooper, entered the FirstBank, and robbed the bank of approximately $15,412 by brandishing firearms

at the employees. After robbing the FirstBank, JEROME BRAVO and JONATHAN GULLETTE fled the scene on foot and entered the stolen silver Trooper together.

13. On or about March 31, 2021, a vehicle, specifically a black Chevy Impala Max Wagon, was stolen.

14. On or about March 31, 2021, JEROME BRAVO, JONATHAN GULLETTE, and a person unknown to the grand jury, arrived at the KeyBank located at 3410 East 1st Avenue, Denver, Colorado, an FDIC-insured financial institution, in the stolen black Impala Max Wagon, entered the KeyBank, and robbed the bank of approximately $6,022 by brandishing firearms at the employees. After robbing the KeyBank, JEROME BRAVO, JONATHAN GULLETTE, and a person unknown to the grand jury fled the scene on foot and entered the stolen black Impala Max Wagon together.

15. On or about March 31, 2021, JEROME BRAVO, JONATHAN GULLETTE, and a person unknown to the grand jury arrived at the of BBVA Compass located at 8008 North Yarrow Street, Arvada, Colorado, an FDIC-insured financial institution, in the stolen black Impala Max Wagon, entered the BBVA Compass, and robbed the bank of approximately $17,693 by brandishing firearms at the employees. After robbing the BBVA Compass, JEROME BRAVO, JONATHAN GULLETTE, and a person unknown to the grand jury fled the scene on foot and entered the stolen black Impala Max Wagon together.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about January 6, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and

intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 10502 East Arizona Place, Aurora, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 3

On or about January 6, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 2 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 4

On or about January 6, 2021, in the State and District of Colorado, the defendant, JONATHAN GULLETTE, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 2 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 5

On or about February 4, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and

in the care, custody, control, management and possession of BBVA Compass located at 800 North Broadway, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 6

On or about February 4, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 5 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 7

On or about February 8, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 12101 East Dartmouth Avenue, Aurora, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 8

On or about February 8, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 7 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 9

On or about February 8, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 16796 East Smoky Hill Road, Centennial, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 10

On or about February 8, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 9 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 11

On or about February 9, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of BBVA Compass located at 8101 East Belleview Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 12

On or about February 9, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 11 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 13

On or about February 18, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of FirstBank located at 1316 East Evans Avenue, Denver, Colorado, the deposits of which were then insured by the

Federal Deposit Insurance Corporation, and in committing such offense, the

defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in

jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm,

and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 14

On or about February 18, 2021, in the State and District of Colorado, the

defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in

relation to a crime of violence for which he may be prosecuted in a court of the United

States, to wit: Bank Robbery, as set forth in Count 13 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 15

On or about March 1, 2021 in the State and District of Colorado, the defendants,

JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did

take from the person and presence of another, money belonging to and in the care,

custody, control, management and possession of KeyBank located at 6405 East

Hampden Avenue, Denver, Colorado, the deposits of which were then insured by the

Federal Deposit Insurance Corporation, and in committing such offense, the

defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in

jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm,

and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 16

On or about March 1, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 15 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 17

On or about March 17, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of FirstBank located at 8901 East Hampden Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 18

On or about March 17, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 17 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 19

On or about March 31, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of KeyBank located at 3410 East 1st Avenue, Denver, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 20

On or about March 31, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 19 above.

All in violation Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT 21

On or about March 31, 2021 in the State and District of Colorado, the defendants, JEROME BRAVO and JONATHAN GULLETTE, by force, violence and intimidation did take from the person and presence of another, money belonging to and in the care, custody, control, management and possession of BBVA Compass located at 8008 North Yarrow Street, Arvada, Colorado, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, the defendants, JEROME BRAVO and JONATHAN GULLETTE, did assault and put in

jeopardy the life of another person by the use of a dangerous weapon, that is, a firearm, and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d) and 2.

## COUNT 22

On or about March 31, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, did knowingly use and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Bank Robbery, as set forth in Count 21 above.

All in violation Title 18, United States Code, Sections 924(c)(1)(A)(ii).

## COUNT 23

Between the dates of January 4, 2021 and April 12, 2021, in the State and District of Colorado, the defendant, JEROME BRAVO, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in Counts One through Twenty-Three of this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), Title 18, United States Code, Section 2641, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Counts One through Twenty-Three of this Superseding Indictment involving violations of Title 18, United States Code,

Sections 2113, 924(c) and 922(g), the defendants, JEROME BRAVO and JONATHAN GULLETTE, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 2641, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to (1) a money judgment in the amount of proceeds obtained by the defendant; and (2) all firearms and ammunition involved in the commission of the offense, including but not limited to (1) a .380 caliber Smith & Wesson Bodyguard handgun with a red trigger, bearing serial number EAP19AG, (2) a Glock 17 9mm bearing serial number NLD266 and (3) all ammunition seized by law enforcement between the dates of April 12, 2021 and April 15, 2021.

3. If any of the property described above, as a result of any act or omission of the defendants:

a)  cannot be located upon the exercise of due diligence;
b)  has been transferred or sold to, or deposited with, a third party;
c)  has been placed beyond the jurisdiction of the Court;
d)  has been substantially diminished in value; or
e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON

14

COLE FINEGAN
United States Attorney

By: *s/ Brian Dunn*
Brian Dunn
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Brian.Dunn@usdoj.gov
Attorney for Government