| | |
|---|---|
| <u>DEFENDANT:</u> | JEROME BRAVO |
| <u>AGE/YOB</u>: | 37/1983 |
| <u>COMPLAINT FILED?</u> | __x__ Yes   _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER 21-mj-00072-STV |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   _x_ Yes   __ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S):</u> | **Count 1:** 18 USC § 371, Conspiracy<br>**Counts 2,5,7,9,11,13,15,17,19,21:** 18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Counts 3,6,8,10,12,14,16,18,20,22**: 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of Violence<br>**Count 23:** 18 USC § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| <u>LOCATION OF OFFENSES:</u> | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| <u>PENALTY:</u> | **Count 1:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Counts 2,5,7,9,11,13,15,17,19,21**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Counts 3,6,8,10,12,14,16,18,20,22**: NLT 7 years imprisonment to run consecutive to any other sentence, NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.<br>**Count 23**: NMT 10 years imprisonment, NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT:</u> | Michael Kim<br>Task Force Officer, FBI |
| <u>AUTHORIZED BY:</u> | Brian Dunn<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:
__ five days or less;  _x__ over five days

<u>THE GOVERNMENT</u>

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.