| | |
|---|---|
| <u>DEFENDANT:</u> | JONATHAN GULLETTE |
| <u>AGE/YOB</u>: | 24/1997 |
| <u>COMPLAINT FILED?</u> | _____ Yes   <u>  X   </u> No<br>If Yes, MAGISTRATE CASE NUMBER_____ |

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u>   \_\_ Yes   \_\_\_ No
   If No, a new warrant is required

| | |
|---|---|
| <u>OFFENSE(S)</u>: | **Count 1:** 18 USC § 371, Conspiracy<br>**Counts 2,5,7,9,11,13,15,17,19,21:** 18 USC §§ 2113(d), Bank Robbery and Aiding and Abetting the Same<br>**Count 4:** 18 USC § 924(c)(1)(A)(ii), Brandishing a Firearm in Furtherance of a Crime of violence |
| <u>LOCATION OF OFFENSES:</u> | Denver County, CO, Arapahoe County, CO and Jefferson County, CO |
| <u>PENALTY:</u> | **Count 1:** NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Counts 2,5,7,9,11,13,15,17,19,21**: NMT 25 years imprisonment; NMT $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment; restitution.<br>**Count 3**: NLT 7 years imprisonment to run consecutive to any other sentence, NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| <u>AGENT:</u> | Michael Kim<br>Task Force Officer, FBI |
| <u>AUTHORIZED BY:</u> | Brian Dunn<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

<u> x </u> five days or less; \_\_\_ over five days

<u>THE GOVERNMENT</u>

<u> x </u> will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is** applicable to this defendant.