O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT (AMENDED) |
| JONATHAN GULLETTE | Case No. 2:22-mj-0130-CKD |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 1:21-cr-00226-DDD | 2:22-mj-0130-CKD | District of Colorado |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

_X_ S. Indictment  ____ Information  ____ Complaint  ____ Other

charging a violation of   18   U.S.C.   § 2113(a), 2113(d) and 2

**DISTRICT OF OFFENSE**   District of Colorado

**DESCRIPTION OF CHARGES:**
Bank Robbery

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: KEITH HOLLAND
Clerk, U. S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 9·20·22

**CURRENT BOND STATUS:**
____ Bail fixed at $_____ and conditions were not met
____ Government moved for detention and defendant detained after hearing in District of Arrest
_X_ Government moved for detention and defendant detained pending detention hearing in District of Offense
____ Other (specify)

**Representation**    ____ Retained Own Counsel   _X_ Federal Defender Organization   ____ CJA Attorney   ____ None

**Interpreter Required?**    _x_ No   ____ Yes    Language:_____

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 09/20/2022 | /s/ Carolyn K. Delaney |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |