UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

September 20, 2022

District of Colorado
901 19th Street
Denver, CO 80294

RE:    USA vs. JONATHAN GULLETTE
USDC No.:    2:22-MJ-00130-CKD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated September 20, 2022, transmitted herewith are the following documents:

**Electronic Documents: 1 to 5**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **K. Zignago**
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
(Print Name)

NEW CASE NUMBER: _____