**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**501 I STREET, SUITE 4-200**
**SACRAMENTO, CA 95814-2322**

**OFFICIAL BUSINESS**



FIRST-CLASS MAIL
09/20/2022
US POSTAGE $01.44⁰
ZIP 95814
041L11239535

September 20, 2022

District of Colorado
901 19th Street
Denver, CO 80294

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2022

JEFFREY P. COLWELL
CLERK