# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>Jonathan Gullette<br>*Defendant* | ) ) ) ) ) ) | Case No.   1:21-cr-226-DDD-2 |

## ORDER OF DETENTION PENDING TRIAL

On October 24, 2022, during the initial appearance in this district, the undersigned U.S. Magistrate Judge, James P. O'Hara, inquired whether the defendant, Jonathan Gullette, wanted a detention hearing. The defendant, through counsel, indicated he wished to waive a detention hearing. In addition, the record is such that the defendant has not rebutted the rebuttable presumption of detention in 18 U.S.C. § 3142(e), i.e., there is probable cause that defendant committed an offense under 18 U.S.C. § 924(c).  See Count 4 of the Superseding Indictment (ECF No. 43).

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case.  On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: October 24, 2022

Signed: s/Joseph P. O'Hara
United States Magistrate Judge