IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 21-cr-00226-DDD-2-Jonathan Gullette

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.

1. JEROME BRAVO
2. **JONATHAN GULLETTE**

    **Defendants.**

_____

**NOTICE OF APPEARANCE**
_____

Pursuant to the Court's order appointing counsel, Philip L. Dubois enters his appearance on behalf of Mr. Gullette.


Respectfully submitted,

s/ Philip L. Dubois
Philip L. Dubois, P.C.
445 E Cheyenne Mtn Blvd Ste C #255
Colorado Springs, CO, 80906-4570
719-635-4848
dubois@dubois.com