# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00226-DDD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JEROME BRAVO, and
2. JONATHAN GULLETTE,

        Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 27th day of October, 2022.

                                COLE FINEGAN
                                United States Attorney

                By:    *s/Celeste Rangel*
                          Assistant United States Attorney
                          United States Attorney's Office
                          1801 California Street, Suite 1600
                          Denver, Colorado 80202
                          Telephone: 303-454-0100
                          Fax: 303-454-0405
                          Email: Celeste.Rangel@usdoj.gov
                          Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/Elaina Wohr*
Legal Assistant
United States Attorney's Office